IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JASON LEVINE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) No. 2:23-cv-02150-TLP-cgc |
| v. | ) |
| | ) |
| RAC DEALERSHIP, LLC, d/b/a American Car Center, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ADMINISTRATIVELY CLOSING CASE**

In March 2023, Plaintiff filed a class action Complaint against all Defendants. (ECF No. 1.) In September 2023, Plaintiff filed a document notifying the Court that Defendant had filed for chapter 7 bankruptcy in the District of Delaware and asking that the case be stayed. (ECF No. 9.) The Court then stayed the case. (ECF No. 10.) In February 2025, the Court entered an Order Requiring Status Report on Bankruptcy Proceedings. (ECF No. 14.) In its response to the Order, Plaintiff suggested that the Court administratively close the case, as the claims will be terminated in the bankruptcy proceedings. (ECF No. 15.)

An order administratively closing a case is purely an administrative device for the convenience of the Court and in no way affects the substantive or procedural rights of the parties to proceed before this Court at a later date. To administratively close a case means to close a case for statistical purposes in the office of the District Court Clerk and the Administrative Office of the United States Courts.

An administratively closed case can be easily reopened by a simple order of the Court without the necessity of a reopening filing fee should the case require further administration. Upon its reopening, the case then becomes a statistically active case and resumes the same status it had before the administrative closing without prejudice to the rights of any party in interest. Therefore, this matter is administratively closed.

**SO ORDERED**, this 18th day of August, 2025.

                                                s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE